**NATIONAL LABOR RELATIONS BOARD**

v.

**FRITO-LAY, INC. MIDWESTERN DIVISION.**

No. 17139.

United States Court of Appeals
Eighth Circuit.

Aug. 31, 1962.

Stuart Rothman, Gen. Counsel, N.L.R.B. and Marcel Mallet-Prevost, Asst. Gen. Counsel, N.L.R.B., for petitioner.

John E. Tate, Omaha, Neb., for respondent.

PER CURIAM.

Order of Labor Board enforced on petition for enforcement and stipulation for entry of consent decree.

**UNITED STATES of America**

v.

**Henry E. HOFFMAN, Jr., individually, and as surviving spouse of Rosemary Hoffman, deceased, et al.**

No. 6887.

United States Court of Appeals
Tenth Circuit.

July 11, 1962.

Louis F. Oberdorfer, Asst. Atty. Gen., Washington, D. C., and John M. Imel, U. S. Atty., Tulsa, Okl., for appellant.

Boone & Ellison, Tulsa, Okl., J. Eben Hart, Oklahoma City, Okl., and L. Keith Smith, Jay, Okl., for appellees.

Before MURRAH, Chief Judge, and PICKETT and HILL, Circuit Judges.

PER CURIAM.

Affirmed without written opinion, on authority of case No. 6886, United States of America v. Hallam, 10 Cir., 304 F.2d 620, affirmed May 25, 1962.

**UTAH PHARMACEUTICAL ASSOCIATION**

v.

**UNITED STATES of America.**

No. 7084.

United States Court of Appeals
Tenth Circuit.

July 11, 1962.

Judgment Affirmed Oct. 15, 1962.

See 83 S.Ct. 119.

Charles Welch, Jr., Salt Lake City, Utah, and Arthur B. Hanson, Washington, D. C., for appellant.

Lyle L. Jones, Don H. Banks and Gilbert Pavlovsky, Attys., Dept. of Justice, San Francisco, Cal., and William T. Thurman, U. S. Atty., Salt Lake City, Utah, for appellee.

Before MURRAH, Chief Judge, and LEWIS and BREITENSTEIN, Circuit Judges.

PER CURIAM.

Docketed and dismissed 201 F.Supp. 29 on motion of appellee, for lack of jurisdiction.